**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State,                                    Respondent,

v.

Tommy McKnight,                        Appellant.

———————

Appeal From Kershaw County
J. Ernest Kinard Jr., Circuit Court Judge

———————

Unpublished Opinion No.  2012-UP-341
Submitted May 1, 2012 – Filed June 6, 2012

———————

**APPEAL DISMISSED**

———————

Chief Appellate Defender Robert M. Dudek, of Columbia, and Tommy McKnight, pro se, for Appellant.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, and

Solicitor Daniel E. Johnson, all of Columbia, for Respondent.

**PER CURIAM:** Tommy McKnight appeals his conviction of murder, arguing the circuit court erred in denying his motion for a directed verdict. Additionally, McKnight asserts several pro se arguments. After a thorough review of the record and all briefs pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), and <u>State v. Williams</u>, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved.

**APPEAL DISMISSED.**

**WILLIAMS, THOMAS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.